No. 90–6737.  MURRAY v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 90–6740.  HOFFMAN v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 90–6741.  HALL v. PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 90–6743.  MUHAMMAD v. UNITED STATES BUREAU OF PRISONS.  C. A. 10th Cir.  Certiorari denied.

No. 90–6745.  CESPEDES v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 90–6750.  DIAZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 90–6751.  GANT v. UNITED STATES.  C. A. Fed. Cir. Certiorari denied.

No. 90–6752.  WRIGHT v. FLORIDA.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.

No. 90–6760.  RODRIGUEZ-DIAZ v. FLORIDA BOARD OF BAR EXAMINERS.  Sup. Ct. Fla.  Certiorari denied.

No. 90–6763.  CHICA v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 90–6764.  BENEL v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 90–6771.  WASHINGTON v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 90–6773.  BRYAN v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 90–6776.  FRIEDMAN v. BOARD OF REGISTRATION IN MEDICINE.  Sup. Jud. Ct. Mass.  Certiorari denied.

No. 90–6779.  CABA v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.